# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155322 & (17)

SHERWOOD VILLAGE ASSOCIATES
LIMITED PARTNERSHIP,
          Plaintiff-Appellant,

v

                                        SC:  155322
                                        COA:  335884

KEITH ZARZYCKI and LINDA SACKETT,
          Defendants,

and

TOS HOLDINGS, LLC,
          Defendant-Appellee.

Wayne CC:  16-014289-CZ

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 24, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2017



a0228

Clerk